ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| **HERNÁN RAMOS y ANDREA RIVERA**<br><br>Recurrentes<br><br>v.<br><br>**CONSEJO DE TITULARES O JUNTA DE DIRECTORES DEL CONDOMINIO CAMINOS VERDES**<br><br>Recurrido | KLRA202500196 | **REVISIÓN** procedente del **Departamento de Asuntos del Consumidor**<br><br>Querella Núm.: **C-SAN-2023-0015175**<br><br>Sobre:<br>Ley de Condominios |

Panel integrado por su presidenta, la Jueza Ortiz Flores, la Jueza Aldebol Mora y la Jueza Boria Vizcarrondo.

Boria Vizcarrondo, Jueza Ponente.

### SENTENCIA

En San Juan, Puerto Rico, a 16 de mayo de 2025.

Atendida la *Notificación de Desistimiento con Perjuicio* presentada el 14 de mayo de 2025 por la parte peticionaria, resolvemos declararla Ha Lugar.

Se ordena el cierre y archivo del recurso de epígrafe, de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal y lo certifica la Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2025 _____